# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Peter George Micono** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **1:08CR02541-001LH**<br>USM Number: **48062-051**<br>Defense Attorney: **Liane E. Kerr** |

THE DEFENDANT:

☒   admitted guilt to violations of condition(s)  **MC, SC**  of the term of supervision.
☐   was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Mandatory Condition - "The defendant failed to refrain from any unlawful use of a controlled substance." | 11/04/2013 |

The defendant is sentenced as provided in pages 1 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court has considered the United States Sentencing Guidelines and, in arriving at the sentence for this Defendant, has taken account of the Guidelines and their sentencing goals. Specifically, the Court has considered the sentencing range determined by application of the Guidelines and believes that the sentence imposed fully reflects both the Guidelines and each of the factors embodied in 18 U.S.C. Sec. 3553(a). The Court also believes the sentence is reasonable and provides just punishment for the offense.

☐   The defendant has not violated condition(s)    and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **9370**<br>Last Four Digits of Defendant's Soc. Sec. No. | **March 12, 2014**<br>Date of Imposition of Judgment |
| **1959**<br>Defendant's Year of Birth | **/s/ Alan B. Johnson**<br>Signature of Judge |
| **Rio Rancho, NM**<br>City and State of Defendant's Residence | **Alan B. Johnson**<br>**United States District Judge**<br>Name and Title of Judge |
| | **March 14, 2014**<br>Date Signed |

AO 245D (Rev. 12/10) Sheet 1 Judgment in a Criminal Case for Revocations Sheet 1A

Judgment Page 2 of 3

Defendant: **Peter George Micono**
Case Number: **1:08CR02541-001LH**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard | Standard Condition - "The defendant failed to participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement." | 01/23/2014 |
| Standard | Standard Condition - "The defendant failed to answer truthfully all inquiries by the probation office and follow the instructions of the probation officer." | 01/22/2014 |
| Standard | Standard Condition - "The defendant failed to notify the probation officer ten days prior to any change in residence or employment." | 01/24/2014 |

AO 245D (Rev. 12/10) Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment
Judgment Page 3 of 3

Defendant: **Peter George Micono**
Case Number: **1:08CR02541-001LH**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 months**.

☐ The court makes these recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at on
  ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL